# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| STRATEGIC PRODUCTS GROUP INC., <br>       Plaintiff, <br><br>  -against- <br><br> LIFESCAN, INC. and LIFESCAN SCOTLAND, LTD., <br><br>       Defendants. | Civil Action No. 3:17-cv-674-MCR-HTC |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Strategic Products Group, Inc. and Defendants LifeScan, Inc. and LifeScan Scotland, Ltd. that:

 (1) Plaintiff's claims against Defendants are dismissed with prejudice;

 (2) No party admits liability; and

1

10984502

(3) Each party shall bear its own costs, attorney fees, and expenses incurred in connection with the claims dismissed by this Order.

IT IS SO STIPULATED:

Dated: April 18, 2019

/s/ Chris Crawford
Chris Crawford
LAW OFFICE OF CHRIS CRAWFORD
1 South A Street, Suite 103
Pensacola, FL 32502
Phone: (850) 432-7726
Chris@bettercallchris.net

*Attorney for Plaintiff Strategic Products Group*

Respectfully submitted,

/s/ William F. Cavanaugh, Jr.
Edward P. Fleming
Florida Bar No. 615927
MCDONALD FLEMING MOORHEAD
719 S. Palafox Street
Pensacola, FL 32502
Phone: (850) 202-8531; (850) 477-0660
flemingservice@pensacolalaw.com

William F. Cavanaugh, Jr. (admitted *pro hac vice*)
New York Bar No. 1715481
Kathrina Szymborski (admitted *pro hac vice*)
New York Bar No. 5063011
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000

*Attorneys for Defendants LifeScan, Inc. and LifeScan Scotland, Ltd.*

IT IS SO ORDERED

Dated: _____

_____
Hon. M. Casey Rodgers
Chief United States District Judge

2